**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| K.J., on behalf of her minor son, D.M., | Civ. No. 23-CV-0002 |
| Plaintiff, | |
| v. | **NOTICE OF REMOVAL TO FEDERAL COURT** |
| City of Waseca, Police Chief Penny Vought in her individual and official capacity, and Waseca Police Officer Andrew Harren in his individual and official capacity, | |
| Defendants. | |

---

**To: The Clerk of the United States District Court for the District of Minnesota.**

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants the City of Waseca, Waseca Police Chief Penny Vought, and Waseca Police Officer Andrew Harren, hereby give notice of removal of the above captioned action currently pending in the Waseca County District Court, Third Judicial District, State of Minnesota, to this United States District Court for the District of Minnesota.  In support of his Petition, the Defendants state as follows:

1.  On December 6, 2022, an action was commenced against Defendants the City of Waseca, Chief Vought, and Officer Harren in the Waseca County District Court in the Third Judicial District, when the Complaint was filed with the court. The Summons and Complaint were served on the Defendants on December 12, 2022. A copy of the Summons and Complaint served on all Defendants are attached hereto as **Attachment 1**.

1

Defendants the City of Waseca, Chief Vought, and Officer Harren are the only named Defendants in the above-entitled civil action.

2. The action described in Paragraph 1 above is a civil action of which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331, in that it is a civil action arising under the laws of the United States and involves a federal question, as Plaintiff alleges in his Complaint violations of the United States Constitution and brings this action pursuant to 42 U.S.C. § 1983. (*See* Compl. ¶¶ 51-65.) As such, this action may be removed to this Court by Defendants pursuant to 28 U.S.C. §§ 1331 and 1441.

3. This Notice of Removal is filed within 30 days after the first named Defendant received a copy of the Summons and Complaint, as required by 28 U.S.C. § 1446.

4. Pursuant to 28 U.S.C. § 1446, a copy of this Notice of Removal is being served on the Plaintiff and filed with the District Court for the Third Judicial District, Waseca County, Minnesota.

Dated: January 2, 2023

**EVERETT LAW, LLC**

s/Anna L. Yunker
William J. Everett, No. 207275
Anna L. Yunker, No. 392551
100 Center Drive
Buffalo, MN 55313
anna@everettlawllc.com
(651) 209-9692

***Attorneys for Defendants***

2